UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDITERRANEAN SHIPPING CO.
(USA) INC. and MEDITERRANEAN
SHIPPING CO. S.A.,

     Plaintiff(s),

-against-

PATRICK ROSE and DOCK SIDE
TRANSPORTATION,

     Defendant(s).

08-cv-_____



RULE 7.1 STATEMENT

PLEASE TAKE NOTICE that JORGE A. RODRIGUEZ, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff(s), MEDITERRANEAN SHIPPING CO. (USA) INC. and MEDITERRANEAN SHIPPING CO. S.A. (collectively "MSC"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of MSC.

Dated: New York, New York

   May 6, 2008

          MAHONEY & KEANE, LLP
          Attorneys for Plaintiffs
          MEDITERRANEAN SHIPPING CO. (USA) INC.
          and MEDITERRANEAN SHIPPING CO. S.A.

By: _____
          Jorge A. Rodriguez
          11 Hanover Square, Tenth Floor
          New York, New York 10005
          Tel (212) 385-1422
          Fax (212) 385-1605
          Our File No. 12/3578/B/08/4