AO 440 (Rev. 10/93) Summons in a Civil Action  **RETURN OF SERVICE**

SERVICE OF: **SUMMONS IN A CIVIL CASE, COMPLAINT**
EFFECTED (1) BY ME: **CHRISTOPHER OBIE**
TITLE: **PROCESS SERVER**    DATE: **05/10/2008 11:25AM**

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

PATRICK ROSE

Place where served:

627 ANDERSON AVE.  WOOD RIDGE NJ 07075

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

PATRICK ROSE

Relationship to defendant: SELF

Description of person accepting service:

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: BEARD

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 05/10/20 08

SIGNATURE OF CHRISTOPHER OBIE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

05/10/08
JACQUELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

ATTORNEY:   JORGE A. RODROGUEZ, ESQ
PLAINTIFF:  MEDITERRANEAN SHIPPING CO USA INC., ET AL
DEFENDANT:  PATRICK ROSE, ET AL
VENUE:      NYDISTRICT
DOCKET:     08 CV 4304

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.