AO 440 (Rev. 10/93) Summons in a Civil Action     **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS IN A CIVIL CASE, COMPLAINT** |
| EFFECTED (1) BY ME: | **CHRISTOPHER OBIE** |
| TITLE: | **PROCESS SERVER**                    DATE: **05/10/2008  11:25AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

DOCK SIDE TRANSPORTATION

Place where served:

627 ANDERSON AVE.  WOOD RIDGE NJ 07075

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

PATRICK ROSE

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: M    AGE: 51-65    HEIGHT: 5'9"-6'0"    WEIGHT: OVER 200 LBS.    SKIN: WHITE    HAIR: GRAY    OTHER: BEARD

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 05/10/20 08

_____ L.S.
SIGNATURE OF CHRISTOPHER OBIE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

05/10/08

JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

| | |
|---|---|
| ATTORNEY: | JORGE A. RODRIGUEZ, ESQ |
| PLAINTIFF: | MEDITERRANEAN SHIPPING CO. ( USA ) INC., ET AL |
| DEFENDANT: | PATRICK ROSE, ET AL |
| VENUE: | NYDISTRICT |
| DOCKET: | 08 CV 4304 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.