UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

MEDITERRANEAN SHIPPING CO. (USA) INC. and MEDITERRANEAN SHIPPING CO. S.A.,

    Plaintiff(s),

-against-

PATRICK ROSE and DOCK SIDE TRANSPORTATION,

    Defendant(s).

08-cv-04304-DLC

ORDER TO SHOW CAUSE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08
```

    Upon the annexed Affidavit of Jorge A. Rodriguez, dated August 20, 2008, and the accompanying Memorandum of Law and the pleadings and proceedings herein:

    Let the Defendants, PATRICK ROSE and DOCK SIDE TRANSPORTATION, show cause before the Honorable Denise L. Cote, United States District Judge, at 500 Pearl Street, Courtroom 11B, New York, New York 10007, on the 26th day of September, 2008, at noon or as soon thereafter as counsel can be heard why (1) a default judgment and order should not be issued in favor of Plaintiffs and against Defendants.

    Let service of a copy of this order and the accompanying Affidavit, Exhibits, and Memorandum of Law, be served upon PATRICK ROSE and DOCK SIDE TRANSPORTATION, at 627 Anderson Avenue, Wood Ridge, NJ 07075, on or before 5:00 p.m. on August 25, 2008, via U.S. Mail be deemed good and sufficient service.

    Answering papers, if any, including but not limited to affidavits, affirmations, declarations, exhibits, and/or memoranda of law, shall be served so as to be received by counsel for Plaintiffs, Mahoney & Keane, LLP, on or before the 12th day of September, 2008 by 5:00 p.m.

Reply papers, if any, shall be served on Defendants on or before 5:00 p.m. on Sept. 19, 2008.

Dated: New York, New York

August 21, 2008

SO ORDERED

_____
Denise L. Cote, USDJ